UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES H. CARNER, III, | ) | CASE NO. C08-0586-JLR-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUEST FOR SUBPOENAS AND |
| OFFICER JEFF HANCOCK, et al, | ) | REQUEST FOR COPIES |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. He has filed a request for blank subpoenas and also a request for the Court to provide him with copies of certain documents. (Dkt. Nos. 15 & 16). Defendants have filed a response to plaintiff's request for subpoenas. (Dkt. No. 18). Having considered plaintiff's requests and defendants' response, the Court does hereby find and order as follows:

(1) The basis for plaintiff's request for subpoenas is unclear. He does not explain why the subpoenas are needed, what purpose they would serve, why other tools of discovery are inadequate, nor how he would enforce the subpoenas by paying for witness and mileage fees, as required by Federal Rule of Civil Procedure 45(b). *See Tedder v. Odel*, 890 F.2d 210, 211-212

ORDER DENYING PLAINTIFF'S REQUEST FOR
SUBPOENAS AND REQUEST FOR COPIES
PAGE -1

(9th Cir. 1989) (*in forma pauperis* status does not exempt a litigant from complying with terms of Fed. R. Civ. P. 45). In addition, as defendants point out, the time period for discovery has elapsed and plaintiff has not moved for an extension of time. Accordingly, plaintiff's request (Dkt. No. 15) is DENIED.

  (2) Plaintiff's request for copies of certain documents is similarly unclear. He does not adequately explain why he needs these documents nor what happened to the originals. In addition, plaintiff compounds the confusion by also requesting documents from two other pending cases. In any event, plaintiff is advised that his status as an *in forma pauperis* litigant does not entitle him to free copies of documents filed with the Court. Therefore, plaintiff's request for copies is DENIED.

  (3) The Clerk shall send a copy of this Order to plaintiff and to counsel for defendants.

DATED this 2nd day of September, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge