```
                FILED      ENTERED
                LODGED     RECEIVED

                    DEC 19 2008
                  AT SEATTLE
              CLERK U.S. DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
              BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| JAMES H. CARNER, III, | ) | CASE NO. C08-0586-JLR |
| Plaintiff, | ) | |
| v. | ) | |
| OFFICER JEFF HANCOCK, | ) | ORDER DISMISSING § 1983 ACTION |
| Defendant. | ) | |

The Court, having reviewed defendant's motion for summary judgment, plaintiff's response, defendant's reply, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Defendant's motion for summary judgment (Dkt. No. 22) is GRANTED;

(3)   The complaint and this § 1983 action are DISMISSED with prejudice;

(4)   This dismissal shall count as a strike under 28 U.S.C. § 1915(g); and

(5)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to Judge Theiler.

DATED this 19th day of December, 2008.

JAMES L. ROBART
United States District Judge

08-CV-00586-ORD

ORDER DISMISSING § 1983 ACTION
PAGE -1